UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CHILDRESS,

        Petitioner,               Case Number 2:12-cv-14511
                                                    Honorable George Caram Steeh

v.

RAYMOND BOOKER,

        Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION
## FOR APPOINTMENT OF COUNSEL [DKT 32]

      On May 14, 2014, the Court issued its opinion and order denying Petitioner's application for a writ of habeas corpus filed under 28 U.S.C. § 2254. The Court also granted Petitioner a certificate of appealability with respect to his self-representation claim. On May 23, 2014, Petitioner filed a notice of appeal, and his case is currently pending in the United States Court of Appeals for the Sixth Circuit. Before the Court is Petitioner's motion for appointment of counsel, in which he seeks legal representation to assist him with his appeal. Appointment of counsel on appeal is a matter for the Sixth Circuit. See 6 Cir. R. 12(c). Petitioner must file his motion for appointment of counsel with the appellate court.

Dated: October 30, 2014

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 30, 2014, by electronic and/or ordinary mail and also on Robert Childress, #25851-039, Elkton Federal Correctional, Institution, Inmate Mail/Parcels, P.O. Box 10, Lisbon, OH 44432.

s/Barbara Radke
Deputy Clerk